# PD-1068-15

NO. _____

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 18 2015

Abel Acosta, Clerk

CHRISTOPHER LAWRENCE § IN THE COURT OF

V. § CRIMINAL APPEALS

THE STATE OF TEXAS § OF TEXAS

PRO SE MOTION FOR EXTENSION OF TIME
TO FILE PETITION FOR DISCRETIONARY REVIEW

FILED IN
COURT OF CRIMINAL APPEALS

AUG 19 2015

Abel Acosta, Clerk

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner in the above-styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show the following:

1. The style and number of this case in the Court of Appeals is: Lawrence v. State; No.03-14-00192-CR

2. The style and number of the case in the trial court is: The State of Texas v. Christipher Lawrence; No.CR2013-543

3. The Appellant was convicted on two counts of Aggreavated Sexual Assault a first degree felony.

4. Conviction was affirmed in the Court of Appeals on: July 16,2015

5. The current filing deadline for filing Appellant's Petition for Discretionary Review is August 28,2015

6. An extension of time for a period of sixty (60) days is requested, making the due date October 30, 2015

7 No prior request for extension has been made.

1. of 2.

8. The facts relied upon show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel, C. Wayne Huff during the appeal of this case to the Court of Appeals. To date, Mr. Huff has failed to provide copies of the Record on Appeal, Appellant's Brief, State's Brief in response, and Motion for Rehearing. At this time Appellant/Petitioner is seeking copies of these documents in order to proceed with his right to Petition the Court of Criminal Appeals for Dicretionary Review. Appellant/Petitioner has elected to proceed pro se. Therefore additional time is needed to aquire relevant documents and prepare and file the Petition.

WHEREFORE , PREMISES CONSIDERED, the Appelant/ Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to October 30, 2015.

Respectfully submitted,

Christopher A. Lawrence

Christopher Lawrence
TDCJ-ID# 01923479
3001 S. Emily Dr.
Beeville, TX 78102